# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| RACHEL DOVEL,<br>    Plaintiff, | Case No. 1:16-cv-955<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| PUBLIC LIBRARY OF CINCINNATI<br>AND HAMILTON COUNTY, et al.,<br>    Defendants. | **ORDER** |

On February 7, 2017, the parties to this action reported that the case had settled.  (Doc. 23).  The next day, the Court dismissed the case with prejudice, provided that any of the parties may reopen the action by March 24, 2017 if settlement is not consummated.  (Doc. 22).

On March 23, 2017, attorneys for plaintiff and defendant Public Library of Cincinnati and Hamilton County contacted the Court and asked for an extension of time to consummate the settlement agreement between them.

For good cause shown, the deadline to reopen this action if settlement is not consummated is **EXTENDED**.  Any of the parties may, upon good cause shown not later than **April 21, 2017**, reopen the action if settlement is not consummated.

    IT IS SO ORDERED.


Date:  3/23/2017                              /s Karen L. Litkovitz                    
                                              Karen L. Litkovitz
                                              United States Magistrate Judge